3

United States District Court
Southern District of Texas
FILED

SEP 1 9 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CECIL P. SAPP, and
DENISE STOCKTON
    Plaintiffs                 CIVIL ACTION NO. B-00-137
v.
ADELAIDO FLORES, JR., and
CAMERON COUNTY COMMISSIONER'S
COURT, CAMERON COUNTY, TEXAS, and
CAMERON COUNTY, TEXAS
    Defendants

## LIST OF FINANCIALLY INTERESTED ENTITIES

1. Adelaido Flores, Jr.
   138th District Court
   974 East Harrison
   Brownsville, Texas 78520

2. Cameron County Commissioner's Court
   964 East Harrison
   Brownsville, Texas 78520

3. County of Cameron
   Cameron County, Texas
   c/o Judge Gilberto Hinojosa
   964 East Harrison
   Brownsville, Texas 78520

4. Cecil P. Sapp
   Box 3208
   La Feria, Texas 78559

5. Denise Stockton
   Box 3208
   La Feria, Texas 78559

## CERTIFICATE OF SERVICE

I do hereby certify that on this 18th day of September 2000, a true and correct copy of the foregoing List Of Financially Interested Entities was mailed in a properly addressed envelope by way of the United States Postal Service via first class mail to the following:

Mr. Alelaido Flores, Jr.
138th District Court
974 East Harrison
Brownsville, Texas 78520

Honorable Judge Gilberto Hinojosa
Cameron County Commissioner's Court
964 East Harrison
Brownsville, Texas 78520