4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 9 2000

Michael N. Milby
Clerk of Court

CECIL P. SAPP, and
DENISE STOCKTON
    Plaintiffs

CIVIL ACTION NO. B-00-137

v.

ADELAIDO FLORES, JR., and
CAMERON COUNTY COMMISSIONER'S
COURT, CAMERON COUNTY, TEXAS, and
CAMERON COUNTY, TEXAS
    Defendants

### CERTIFICATE OF SERVICE

I do hereby certify that on this 11th day of September 2000, a true and correct copy of Order Setting Conference, filed on September 5th 2000, was mailed in a properly addressed envelope by way of the United States Postal Service via Certified Mail to the following:

Mr. Adelaido Flores, Jr., CSR
138th District Court
974 East Harrison
Brownsville, Texas 78520

Honorable Judge Gilberto Hinojosa
Cameron County Commissioner's Court
964 East Harrison
Brownsville, Texas 78520