AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

B-00-137

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 10-19-2000 |
| NAME OF SERVER (PRINT) Abel BETANCOURT JR | TITLE Civil Processer |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 974 E Harrison 138 District Court Room Brownsville TX

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED
OCT 2 0 2000
Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10-19-2000 10:00 AM
Date

Signature of Server

Address of Server:
Professional Civil Process
700 Paredes Ave., #208
Brownsville, Texas 78520
Tel. (210) 546-1313

SUBSCRIBED AND SWORN TO ME ON THE 19 DAY OF OCT 19 2000

NOTARY PUBLIC

EDUARDO GONZALEZ
MY COMMISSION EXPIRES
March 21, 2002

United States District Court
Southern District of Texas
RECEIVED
OCT 1 8 2000
Michael N. Milby, Clerk of Court

ORIGINAL

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court ORIGINAL

_____ DISTRICT OF _____

Cecil P. Sapp and
Denise Stockton

V.

Adelaido Flores, Jr., CSR, and
Cameron County Commissioners
Court, Cameron County, Texas, And
Cameron County, Texas

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-00-137

TO: (Name and address of defendant)

MR. Adelaido Flores, JR., CSR
974 E. Harrison
138th District Court
Brownsville, TX 78520

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cecil P. Sapp     Box 3208 La Feria, Texas 78559
Denise Stockton   Box 3208 La Feria, Texas 78559

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

CLERK

_(signature)_
(BY) DEPUTY CLERK

DATE  October 18, 2000