AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

B-00-137

DATE 10/20/2000

Service of the Summons and Complaint was made by me[1]

NAME OF SERVER (PRINT) Abel Betancourt, JR

TITLE Process Server

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 964 E. Harrison St Brownsville, TX 78520

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[X] Other (specify): Accepted By Frances Dominski, Administrating Assistant.

United States District Court
Southern District of Texas
FILED
OCT 20 2000
Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/20/2000   9:10 AM
Date

Signature of Server

Address of Server: Professional Civil Process
700 Paredes Ave., #208
Brownsville, Texas 78520
Tel. (210) 546-1313

RECEIVED
OCT 20 2000
COUNTY JUDGE
Frances Dominski

United States District Court
Southern District of Texas
RECEIVED
OCT 18 2000
Michael N. Milby, Clerk of Court

ORIGINAL

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.