8

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 27 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CECIL P. SAPP, and DENISE STOCKTON * | |
| Plaintiffs * | |
| * | |
| v.  * | CIVIL ACTION NO. B-00-137 |
| * | |
| ADELAIDO FLORES, JR., CSR, and * | |
| CAMERON COUNTY COMMISSIONER'S * | |
| COURT, CAMERON COUNTY, TEXAS, and * | |
| CAMERON COUNTY, TEXAS * | |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S RULE 12(b)(1) & (6) MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT,

COMES NOW, Plaintiff's in the above entitled cause and make and file Plaintiff's Unopposd Motion For Extension Of Time To Respond To Defendant's Rule 12(b)(1) & (6) Motion To Dismiss and would show unto the Court the following:

### I.

On or about October 9th 2000, Plaintiff Stockton became severely ill. Plaintiff Stockton has a bi-polar effective disorder.

Since the onset of her illness, to date she has been unable to conduct her affairs. Plaintiff Sapp has been unable to conduct his business or to respond to Defendant's motion since Plaintiff Stockton has needed care day and night for the last forty-five days.

Plaintiff Stockton is currently the patient of Dr. Tim Bothwell, M.D., San Benito Medical Clinic and Dr. Robert O. Collier, Doctor of Psychiatry and Neurology, Harlingen, Texas.

### II.



WHEREFORE, Plaintiffs pray the Court grant a thirty day extension of time for Plaintiff's to respond to Defendant's motion which would be December 26th 2000. Plaintiffs pray for any further relief they may be entitled in law or in equity.

Respectfully submitted,

Cecil P. Sapp
Box 3208
La Feria, Texas 78559
(956) 797-2337
Pro se

Denise Stockton
Box 3208
La Feria, Texas 78559
(956) 797-2337
Pro se

## CERTIFICATE OF CONFERENCE

I do hereby certify that on this 22nd day of November 2000, I conferred with Ms. Dylbia L. Jefferies and she stated that Mr. Richard Burst is unopposed to Plaintiff's motion.

## CERTIFICATE OF SERVICE

I do hereby certify that on this 22nd day of November a true and correct copy of the foregoing motion was mailed in a properly addressed envelope by way of the United States Postal Service, via first class mail to, Mr. Richard O. Burst, Civil Legal Division, 964 East Harrison, Brownsville, Texas 78578.