IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CECIL SAPP and DENISE STOCKTON, § § § | |
| Plaintiffs, § § | |
| versus § | CIVIL ACTION B-00-137 |
| § § | |
| FLORES, § § CAMERON COUNTY COMMISSIONER'S § COURT, and CAMERON COUNTY § § | |
| Defendants. § | |

## ORDER

BE IT REMEMBERED that on December 13, 2000, the Court **DENIED** Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendant's Rule 12(b)(1) & (6) Motion to Dismiss [Dkt. No. 8].

DONE at Brownsville, Texas, this 13 day of December 2000.

Hilda G. Tagle
United States District Judge