IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CECIL P. SAPP, and DENISE STOCKTON, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. B-00-137 |
| ADELAIDO FLORES, JR. CSR, and | ) | |
| CAMERON COUNTY COMMISSIONER'S | ) | |
| COURT, CAMERON COUNTY, TEXAS, | ) | |
| and CAMERON COUNTY, TEXAS, | ) | |
|     Defendants. | ) | |

United States District Court
Southern District of Texas
FILED

JAN 0 3 2001

Michael N. Milby
Clerk of Court

**Joint Discovery/Case Management Plan
Under Rule 26(f)
Federal Rules of Civil Procedure**

1.  State where and when the meeting of the parties required by Rule 26(f) was held and identify the counsel who attended for each party. Cecil P. Sapp for Plaintiffs and Mr. Richard Burst for Defendants, conferred by phone on January 2nd 2001.

2.  List the cases related to this one that are pending in any state or federal court with the case number and court. None.

3.  Specify the allegation of federal jurisdiction. Title 28 U.S.C. Sec. 1343, Title 42 U.S.C. Sec. 1983 and 1985.

4.  Name the parties who disagree and the reasons. Defendants. Lack of subject matter jurisdiction - see Rule 12(b)(1) Motion.

5.  List anticipated additional parties that should be included, when they can be added, and by whom they are wanted. None.

6.  List anticipated interventions. None.

7.  Describe class-action issues. None.

8.  State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures. Plaintiffs faxed their initial disclosures to Defendants counsel on January 2nd 2001. Defendants faxed their initial disclosures to Plaintiffs on January 2, 2001.

9.  Describe the proposed agreed discovery plan, including:

    A.  Responses to all the matters raised in Rule 26(f). Plaintiffs discussed the nature and

basis of their claims and defenses and did not agree on a settlement. No changes should be made in the timing, form, or requirement for disclosures under subdivision (a) or local rule. Plaintiffs' subject on which discovery is needed is the tape recording prepared by Mr. Flores of the May 26th 1998 hearing held in the 138th District Court, Cameron County, Texas. Discovery should be completed in 180 days and shall be focused on the issue of Mr. Flores' fabricating the transcript of the said May 26th 1998 hearing. Plaintiff's position is that no changes should be made in the limitations on discovery imposed under these rules or by local rule. Defendants' position is that discovery should be limited to qualified immunity issues until after the court rules on that issue.

B. When and to whom the plaintiff anticipates it may send interrogatories. Plaintiffs intend to send interrogatories to Mr. Adelaido Flores, Jr. on or about February 1st 2001.

C. When and to whom the defendant anticipates it may send interrogatories. Defendant intends to send interrogatories to both plaintiffs within 20 days of the Court's ruling on the Rule 12(a)(1) & (6) Motion.

D. Of whom and by when the plaintiff anticipates taking oral depositions. Mr. Adeliado Flores, Jr., on or about March 1st 2001.

E. Of whom and by when the defendant anticipates taking oral depositions. Take Plaintiffs depositions within 60 days after receipt of answers to written discovery.

F. When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B) and when the opposing party will be able to designate responsive experts and proved their reports. None.

G. List expert depositions the plaintiff (or the party with the burden of proof on an issue anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report). None.

H. List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report). None.

10. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party. Parties have agreed.

11. Specify the discovery beyond initial disclosures that has been undertaken to date. None.

12. State the date the planned discovery can reasonably be completed. July 16th 2001.

13. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting. At this time no possibility that settlement can be reached.

14. Describe what each party has done or agreed to do to bring about a prompt resolution. Nothing.

15. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable and state when such a technique may be effectively used in this case. None.

16. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge. No joint position. Plaintiffs have no objection to magistrate.

17. State whether a jury demand has been made and if it was made on time. A jury demand was made by plaintiffs in their original complaint.

18. Specify the number of hours it will take to present the evidence in this case. 12 hours.

19. List pending motions that could be ruled on at the initial pretrial and scheduling conference. Motions ripe for ruling are (1) Defendants' 12(b)(1) & (6) Motion To Dismiss, (2) Plaintiffs' Motion To Reconsider Order Denying Plaintiffs' Unopposed Motion For Extension Of Time To Respond To Defendants' Rule 12(b)(1) & (6) Motion to Dismiss.

20. List other motions pending. None.

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference. Qualified immunity is raised by individual defendant Flores in his Rule 12(b)(6) Motion.

22. List the names, bar numbers, addresses and telephone numbers of all counsel. Richard O. Burst, 964 E. Harrison, Brownsville, Texas 78520, TX Bar No. 00785586, SD Bar No. 15515, (956) 550-1345 office, (956) 550-1348 fax

Cecil P. Sapp, pro se
153 S. Parker Road
La Feria, Texas 78559
(956) 797-2337

Denise Stockton, pro se
153 S. Parker Road
La Feria, Texas 78559
(956) 797-2337

Richard O. Burst
964 E. Harrison
Brownsville, Texas 78520
(956) 550-1345 office
(956) 550-1348 fax
TX Bar No. 00785586
SD Bar No. 15515