IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CECIL P. SAPP, and | * | |
| DENISE STOCKTON | * | CIVIL ACTION NO. B-00-137 |
| | * | |
| v. | * | |
| | * | |
| ADELAIDO FLORES, JR., CSR, and | * | |
| CAMERON COUNTY | * | |
| COMMISSIONERS COURT, CAMERON | * | |
| COUNTY, TEXAS | * | |

## DISCLOSURES

| WITNESSES | ADDRESS | TELEPHONE NO. |
|---|---|---|
| 1. Adelaido Flores, Jr. | 974 E. Harrison<br>Brownsville, Texas | (956) 544-0877 |

**Purpose of Witness:** Mr. Flores will be called at time of trial to answer Plaintiffs' questions regarding the transcript prepared by him of the May 26th 1998 hearing in state district court and the tape recording of the hearing which he prepared of the hearing.

| | | |
|---|---|---|
| 2. Denise Stockton | 153 S. Parker Road<br>La Feria, Texas | (956) 797-2337 |

**Purpose of Witness:** Ms. Stockton will be called at time of trial to testify as to the validity of the transcript Mr. Flores prepared.

| | | |
|---|---|---|
| 3. Cecil P. Sapp | 153 S. Parker Road<br>La Feria, Texas | (956) 797-2337 |

**Purpose of Witness:** Mr. Sapp will be called at time of trial to testify as to the validity of the transcript Mr. Flores prepared.

| | | |
|---|---|---|
| 4. Ms. Dylbia L. Jefferies | 964 E. Harrison<br>Brownsville, Texas | (956) 550-1345 |

**Purpose of Witness:** Ms. Jefferies will be called at time of trial to testify as to her knowledge of the tape recording Mr. Flores prepared of the hearing held on May 26th 1998 in the 138th District Court, Brownsville, Texas and will be questioned as to her

knowledge of the events surrounding the motion to quash, filed in the 107th District Court, Brownsville, Texas.

5. Cameron County Commissioners   964 E. Harrison       (956) 550-1345
   and Judge                      Brownsville, Texas

**Purpose of Witnesses:** The Judge and Commissioners will be called at time of trial to answer questions as to their knowledge of the events surrounding Mr. Flores' motion to quash subpoena and their knowledge concerning the tape recording of the May 26th 1998 hearing prepared by Mr. Flores.

## LIST OF DOCUMENTS

1. Transcript of the May 26th 1998 hearing prepared by Mr. Flores.
2. Three motions filed with the 107th trial court of Plaintiffs' Notice of Inaccuracies in the Reporter's Record and Request For Hearing.
3. Copy of Notice To Take Oral Deposition of Mr. Adelaido Flores, Jr.
4. Mr. Flores' Motion To Quash.

## COMPUTATION OF DAMAGES

1. Loss of earnings: $400,000.00
2. Loss of future earnings: $1,850,000.00

Respectfully submitted,

Cecil P. Sapp, pro se
Box 3208
La Feria, Texas 78559
(956) 797-2337

Denise Stockton, pro se
Box 3208
La Feria, Texas 78559
(956) 797-2337

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CECIL P. SAPP, and <br> DENISE STOCKTON <br> <br> v. <br> <br> ADELAIDO FLORES, JR., and <br> CAMERON COUNTY <br> COMMISSIONERS COURT, <br> CAMERON COUNTY, TEXAS | * <br> * <br> *    CIVIL ACTION NO. B-00-137 <br> * <br> * <br> * <br> * <br> * <br> * |

**PLAINTIFFS'**
**PROPOSALS FOR DISCOVERY**

1. On January 2nd 2001, Plaintiffs made their initial disclosures in accordance with FRCP Rule 26(a)(1) to Mr. Richard O. Burst, Attorney for Defendants.

2. Plaintiffs request 180 days from the initial pretrial conference to complete discovery.

3. Plaintiffs need to discover the tape recording of the May 26th 1998 hearing held in the 138th District Court, Cameron County, Texas made during Plaintiffs' Special Appearance on their Motion To Dismiss For Lack Of Jurisdiction which Mr. Adelaido Flores has in his possession.

4. The following motions are ripe for ruling: (1) Defendants' Rule 12(b)(1)&(6) Motion To Dismiss. (2) Plaintiffs' Motion To Reconsider Order Denying Plaintiffs' Unopposed Motion For Extension of Time To Respond To Defendants' Rule 12(b)(1)&(6) Motion To Dismiss. (3) Plaintiffs' Response To Defendants' Rule 12(b)(1)&(6) Motion To Dismiss.

5. Plaintiffs request to amend their original complaint.

## **CERTIFICATE OF SERVICE**

      I do hereby certify that on this 2nd day of January 2001 a true and correct copy of Plaintiffs' proposals for discovery and disclosures, was sent via facsimile to:

**Mr. Richard O. Burst**
**Cameron County Civil Legal Dept.**
964 East Harrison
Brownsville, Texas 78520
(956) 550-1348 facsimile

*Cecil P. Sapp*