17

United States District Court
Southern District of Texas
FILED

APR 0 5 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NO. B-00-137

| | |
|---|---|
| CECIL SAPP and DENISE STOCKTON * | |
| * | |
| Plaintiffs, * | |
| * | |
| v. * | |
| * | |
| ADELAIDO FLORES, JR., CSR, and * | NOTICE OF APPEAL |
| CAMERON COUNTY * | |
| COMMISSIONER'S COURT, * | |
| CAMERON COUNTY, TEXAS * | |
| Defendants | |

Notice is hereby given that Cecil Sapp and Denise Stockton, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals For the Fifth Circuit from an order denying Plaintiff's Motion for New Trial entered in this action on the 15th day of March, 2001.

Cecil P. Sapp, pro se
153 S. Parker Road
Box 3208
La Feria, Texas 78559
**(956) 797-2337**

Denise Stockton, pro se
153 S. Parker Road
Box 3208
La Feria, Texas 79559
**(956) 797-2337**