19

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 01-40419
Conference Calendar

D.C. Docket No. B-00-CV-137

U.S. COURT OF APPEALS
**FILED**
OCT 2 6 2001
CHARLES R. FULBRUGE III
CLERK

CECIL P SAPP; DENISE STOCKTON

    Plaintiffs - Appellants

v.

ADELAIDO FLORES, JR; CAMERON COUNTY COMMISSIONERS; COURT, CAMERON COUNTY TEXAS; CAMERON COUNTY

    Defendants - Appellees

United States District Court
Southern District of Texas
FILED
NOV 2 1 2001
Michael N. Milby
Clerk of Court

Appeal from the United States District Court for the
    Southern District of Texas, Brownsville.

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

## J U D G M E N T

    This cause was considered on the record on appeal and the briefs on file.

    It is ordered and adjudged that the judgment of the District Court is affirmed.

    IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: **NOV 1 9 2001**

A true copy
Test:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
    Deputy
New Orleans, Louisiana
    NOV 1 9 2001

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-589-6514
600 CAMP STREET
NEW ORLEANS, LA 70130

November 19, 2001

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

      No. 01-40419 Sapp v. Flores
      USDC No. B-00-CV-137

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 1 ) Volume    ( ) Envelopes    ( ) Boxes

                            Sincerely,

                            CHARLES R. FULBRUGE III, Clerk

                By: _____
                        John Alwert, Deputy Clerk
                        504-589-6514  ITCM # 213

cc: (letter only)
    Honorable Hilda G Tagle
    Ms Cecil P Sapp
    Ms Denise Stockton
    Mr Richard O Burst

MDT-1